**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
Nevada State Bar No. 9210
jtomsheck@hoflandlaw.com
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-83-JCM-CWH |
| Plaintiff, | |
| vs. | |
| TAI KEYSTER, also known as | STIPULATION AND ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINES |
| TAI MADEIRA | |
| Defendant | |

IT IS HEREBY STIPULATED, by and between the United States of America, by and through Daniel Bogden, United States Attorney, and Sarah E. Griswold, Assistant United States Attorney, and defendant, Tai Keyster, by and through her

///
///
///
///
///
///
///
///
///

1  attorney, Joshua Tomsheck, Esq., of the law firm of Hofland & Tomsheck, that the
2  deadline for motions currently due on October 3, 2014, be extended for a period of
3  fourteen (14) days and that same are now due on, or before, October 17, 2014.
4
5  DATED this 3rd day of October, 2014.          DATED this 3rd day of October, 2014.
6
7  DANIEL G. BOGDEN                               HOFLAND & TOMSHECK
   United States Attorney
8
9
10  __/s/   S. Griswold_____                   ___/s/__J. Tomsheck_____
    SARAH E. GRISWOLD, ESQ.                        JOSHUA TOMSHECK, ESQ.
11  Assistant United States Attorney               Counsel for Defendant
12

## ORDER

BASED ON THE FOREGOING stipulation and good cause appearing therefrom, IT IS HEREBY **ORDERED** that the deadline for motions in this matter be extended for a period of fourteen (14) days and that same are due on or before, Friday, October 17, 2014.

ENTERED October 6, 2014.

_____
United States District Court Judge

3