DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-83-JCM-CWH |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S RENEWED** |
| | ) | **MOTION TO CONTINUE** |
| | ) | **RESPONSE DEADLINE (Dkt.#203)** |
| LINDA MACK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Lisa C. Cartier Giroux, Assistant United States Attorney, hereby renews its motion to continue the deadline for the Government to file a response to Defendant Linda Mack's *Motion to Compel Pretrial Discovery* (Dkt.#203) for thirty (30) days.

The Government previously filed a motion to continue the response deadline (Dkt.#205). However, because of the pending trial date of March 21, 2016, the Magistrate could not grant the request. Instead the Magistrate gave the Government a brief extension in time to respond. (Dkt. #206).  The Government then filed an emergency motion with the Court to continue the trial date and the response deadline.  (Dkt.#208). The Government, however, did not provide the Court with actual dates of counsels' availability. Defense counsel for Reese, Keyster, and Mack also had previously filed a motion for a status conference stating that counsel for Defendants Reese

-1-

-2-

and Keyster had a conflict with the March 21, 2016 trial date, and that Defendant Mack did not object to a continuance of the trial date. (Dkt.#202). Similarly, defense counsel did not provide the Court with any dates on which the parties would be available to try the matter. As such, the Court denied the Government's motion as well as Defendants' motion. (Dkt.# 209).

The parties have now filed a stipulation requesting that the current calendar call and trial dates be vacated. (Dkt.#210). The parties conferred and have provided the Court in that stipulation with dates during which all counsel will be available for trial.

The Court indicated in its Order that if a proper stipulation was filed, that it would at that time, reconsider the Government's Motion to Continue the Response Date. (Dkt.# 209). The Government therefore respectfully requests that the Court grant it a thirty (30) day extension to the current deadline.

Dated this 4th day of March 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/*Lisa C. Cartier Giroux*
LISA C. CARTIER GIROUX
Assistant United States Attorney

### CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that the undersigned has served counsel for Defendants with the foregoing by means of electronic filing.

Dated this 4th day of March 2016.

/s/*Lisa C. Cartier Giroux*
LISA C. CARTIER GIROUX
Assistant United States Attorney

## **ORDER**

**IT IS HEREBY ORDERED** that the Government shall have to and including  April 4, 2016,  , within which to file its response to Defendant Mack's *Motion to Compel Pretrial Discovery*.

Dated this  9th  day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Lisa C. Cartier Giroux
_____
LISA C. CARTIER GIROUX
Assistant United States Attorney