```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         AUG 1 2 2016

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-083-JCM-(CWH) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| LINDA MACK, | |
| Defendant. | |

This Court finds that defendant Linda Mack pled guilty to Counts One and Seven of an Eight-Count Superseding Indictment charging her in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and in Count Seven with Bank Fraud in violation of Title 18, United States Code, Section 1344. Superseding Indictment, ECF No. 101; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Linda Mack agreed to the imposition of the in personam criminal forfeiture money judgment of $661,477.41 set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Indictment, not to be held jointly and severally liable with any codefendants. Superseding Indictment, ECF No. 101; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341, 1343, and 1344, specified unlawful activities as defined in Title 18, United

States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offenses and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Sections 1341, 1343, and 1344, or Title 18, United States Code, Section 1349, Conspiracy to violate such offenses, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

This Court finds that Linda Mack shall pay an in personam criminal forfeiture money judgment of $661,477.41 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Linda Mack an in personam criminal forfeiture money judgment of $661,477.41.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this ____ day of August, 2016.

UNITED STATES DISTRICT JUDGE