RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Linda Mack

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LINDA MACK,<br><br>　　　　　Defendant. | Case No. 2:13-cr-083-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Linda Mack, that the Sentencing Hearing currently scheduled on November 14, 2016 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than May, 2017.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to conduct mitigation and draft her sentencing memorandum. Defense counsel needs until May because she is expected to go on maternity leave in early December. Once defense counsel returns from her expected 3-month

maternity leave, she will need additional time to draft her sentencing memo and adequately prepare for sentencing.

     2.     The defendant is not in custody and agrees with the need for the continuance.

     3.     The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 21st day of October, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-083-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| LINDA MACK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, November 14, 2016 at 10:30 a.m., be vacated and continued to **Monday, May 22, 2017 at 10:00 a.m.**

DATED October 24, 2016.

_____
UNITED STATES DISTRICT JUDGE

3