

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-083-JCM-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| LINDA MACK, | |
| Defendant. | |

This Court found that Linda Mack shall pay the in personam criminal forfeiture money judgment of $661,477.41 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 101; Change of Plea, ECF No. 253; Plea Agreement, ECF No. 254; Preliminary Order of Forfeiture, ECF No. 255.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Linda Mack the in personam criminal forfeiture money judgment of $661,477.41 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 6th day of Sept, 2017.

_____
UNITED STATES DISTRICT JUDGE